**ORIGINAL**

CIVIL SUIT NO: 20141059 A

| | |
|---|---|
| MARY VOLKER | PARISH OF AVOYELLES |
| VERSUS | 12th JDC |
| WAL-MART STORES, INC | STATE OF LOUISIANA |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **MARY VOLKER**, a resident and domiciliary of Cottonport, Avoyelles Parish, Louisiana who respectfully represents that:

1.

Made defendants herein are:

    A. **WAL-MART STORES, INC**, (herein after referred to as "**WAL-MART**") foreign company, authorized to do and doing business in The State of Louisiana having appointed CT Corporation System 5615 Corporate Blvd. Ste., 400B Baton Rouge, LA 70808, as it's registered agent for Service of Process on causes of action arising within the State of Louisiana;

2.

On or about October 18, 2013 plaintiff, **MARY VOLKER**, was a patron of the **WAL-MART** in Mansura, LA.

3.

On or about October 18, 2013 plaintiff, **MARY VOLKER** was shopping at **WAL-MART** in Mansura, LA when boxes fell on her back and shoulder from a pallet jack, being operated by a Wal-Mart employee, causing serious injuries.

4.

The above described accident resulting injuries and damages were caused by the fault and negligence of defendant, **WAL-MART** in the following, non-exclusive particulars:

    A.    Failure to maintain a safe environment

    B.    Failure to warn its patrons of the dangerous condition that existed

    C.    Failure to keep the store free from dangerous conditions

    D.    Failure to keep the isles free from defects

    E.    Failure to operate the pallet jack in a manor so as to avoid falling boxes.



EXHIBIT "A"

    F.    Dropping boxes on a shopper.

5.

As a result of the aforementioned negligence, strict liability and fault, plaintiff, **MARY VOLKER** sustained the following injuries consisting of, but not limited to:

- A. neck
- B. back
- C. Shoulders

6.

As a result of the above described accident, plaintiff, **MARY VOLKER** has and will sustain the following past, present and future damages:

(a) Physical pain and suffering, past and future;

(b) Mental anguish, humiliation and embarrassment, past and future;;

(d) Medical expenses, past and future;

(e) Loss of earnings and earning capacity and,

(f) Loss of enjoyment of life.

7.

The value of this case does not exceed the jurisdictional limits of this honorable court.

8.

At the time of the accident defendant, **WAL-MART** was self-insured, under the terms, conditions and provisions of which said company provides coverage for damages sued for by plaintiff.

WHEREFORE, plaintiff prays that:

(1) Defendants be served with a copy of this Petition and be duly cited to appear and answer same;

(2) That after due proceedings had, there be judgment rendered herein and in favor of plaintiff, **MARY VOLKER**, and against the defendant, **WAL-MART STORES , INC**, for such damages as are reasonable in the premises together with the maximum legal interest from date of judicial demand until paid and for all costs of this proceeding;

(3) Prays further for full, general and equitable relief.

*Respectfully submitted,*

**PAUL J. TELLARICO**
3008 Jackson St.

P.O. Box 12967
Alexandria, LA 71315
(318)787-6603

By: _____
PAUL J. TELLARICO- 19401

**PLEASE SERVE:**

**WAL-MART STORES INC**
Through their registered agent for Service of Process
CT Corporation System
5615 Corporate Blvd. Ste., 400B
Baton Rouge, LA 70808

FILED 10-16-2014
ATTEST
A TRUE COPY
_____
Dy. Clerk